UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,

                Plaintiff,                      **ORDER**

        -against-                      **24-cv-26 (JPO)(JW)**

125 PARK OWNER LLC *et al.*,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Parties were referred to mediation in May. Yesterday, the Mediator issued a report that "the court-ordered mediation in this case was not held as one or both parties failed, refused to attend, or refused to participate in the mediation." Dkt. No. 24. The Parties shall file a status update by August 28th.

    A previous Order stated that "Defendant LTN1 may move, answer, or otherwise respond to the Complaint within 30 days after the mediation has been completed."  The Parties are directed to confer, propose a schedule to Answer or otherwise move within the next 30 days, and should Defendants wish to file a motion, agree upon a proposed briefing schedule.

    SO ORDERED.

DATED:   New York, New York
               August 21, 2024

                                                                    _____
                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge